# UNITED STATES DISTRICT COURT
## District of Kansas
### (Topeka Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**

**CASE NO.** 21-40099-01/03-HLT

MATTHEW CUNNINGHAM,
JANELLE LOMELI,
and
ASHLEY WILSON,

**Defendants.**

# SEALED INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

**Conspiracy to Distribute and
Possess with the Intent to Distribute Controlled Substances
[21 U.S.C. § 846]**

Beginning on a date unknown to the Grand Jury but before April 10, 2020, and

continuing to on or about October 27, 2020, in the District of Kansas, the defendants,

**MATTHEW CUNNINGHAM
and**

1

## JANELLE LOMELI

combined, conspired, confederated, and agreed together with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, which included the reasonably foreseeable conduct of other members of the conspiracy, in violation of Title 21, United States Code, Section 841(b)(1)(A);

All the aforementioned conduct in violation of Title 21, United States Code, Section 846; with reference to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 2

**Possession with the Intent to Distribute a Controlled Substance**
**[21 U.S.C. § 841(a)(1)]**

On or about October 27, 2020, in the District of Kansas, the defendants,

### MATTHEW CUNNINGHAM
### and
### ASHLEY WILSON,

knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 3

2

**Possession with the Intent to Distribute a Controlled Substance**
**[21 U.S.C. § 841(a)(1)]**

On or about October 27, 2020, in the District of Kansas, the defendant,

**MATTHEW CUNNINGHAM,**

knowingly and intentionally possessed with the intent to distribute 100 grams or more of

a mixture and substance containing a detectable amount of heroin, a Schedule I controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1), with reference to

Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code,

Section 2.

## COUNT 4

**Possession of a Firearm in Furtherance of a Drug Trafficking Offense**
**[18 U.S.C. § 924(c)]**

On or about October 27, 2020, in the District of Kansas, the defendant,

**MATTHEW CUNNINGHAM,**

knowingly and intentionally possessed firearms, namely,

Magnum Research Inc.
Desert Eagle Model
.50 Caliber Pistol
Serial No. s44323


Taurus
Model PT G2
9 mm Caliber Pistol
Serial No. TKR98658


Thompson Center Arms
.50 Caliber Rifle
Serial No. DK0043810

3

Hi Point Rifle
Model 995
9 mm Caliber Rifle
Serial No. F52001

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

United States, namely, Possession with the Intent to Distribute a Controlled Substance, as

charged in Count 1 and 2.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

# COUNT 5

**Possession of a Firearm in Furtherance of a Drug Trafficking Offense**
**[18 U.S.C. § 924(c)]**

On or about October 27, 2020, in the District of Kansas, the defendant,

**ASHLEY WILSON,**

knowingly and intentionally possessed firearms, namely,

SCCY CPX-1
9 mm Caliber Pistol
Serial No. 925945

SCCY CPX-1
9 mm Caliber Pistol
Serial No. 585237

Thompson Center Arms
.50 Caliber Rifle
Serial No. DK0043810

Hi Point Rifle
Model 995
9 mm Caliber Rifle
Serial No. F52001

4

in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, namely, Possession with the Intent to Distribute a Controlled Substance, as charged in Count 2.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE NOTICE**

1.      The allegations contained in Counts One, Two, Three, Four, and Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

2.      Upon conviction of one or more of the offenses set forth in Counts Four or Five of this Indictment, the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

    A.    Taurus, Model PT G2, 9 mm Caliber Pistol, Serial No. TKR98658;

    B.    SCCY CPX-1, 9 mm Caliber Pistol, Serial No. 925945;

    C.    Thompson Center Arms, .50 Caliber Rifle , Serial No. DK0043810;

    D.    Magnum Research Inc., Desert Eagle Model, .50 Caliber Pistol, Serial No. s44323;

    E.    Hi Point, Model 995, 9 mm Caliber Rifle, Serial No. F52001; and

    G.    Ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

3.      Upon conviction of one or more of the offenses set forth in Counts One, Two, or Three the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

A.      Taurus, Model PT G2, 9 mm Caliber Pistol, Serial No. TKR98658;

B.      SCCY CPX-1, 9 mm Caliber Pistol, Serial No. 925945;

C.      Thompson Center Arms, .50 Caliber Rifle , Serial No. DK0043810;

D.      Magnum Research Inc., Desert Eagle Model, .50 Caliber Pistol, Serial No. s44323;

E.      Hi Point, Model 995, 9 mm Caliber Rifle, Serial No. F52001; and

G.      Ammunition.

4.      If any of the property described above, as a result of any act or omission of the defendants:

A.      cannot be located upon the exercise of due diligence;

B.      has been transferred or sold to, or deposited with, a third party;

C.      has been placed beyond the jurisdiction of the court;

D.      has been substantially diminished in value; or

E.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p).


A TRUE BILL.


November 10, 2021          s/Foreperson
DATE                       FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY


By: /s/ Lindsey C. Debenham
Lindsey C. Debenham
Special Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: Lindsey.Debenham@usdoj.gov
Ks. S. Ct. No. 27574


IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS


**PENALTIES**

**Count 1**


7

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

## Counts 2 and 3:

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## Counts 4 and 5:

- Punishable by a term of imprisonment of not less than five (5) years and no more than life.  18 U.S.C. § 924(c)(1)(A)(i).  This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.  18 U.S.C. § 924(c)(1)(D)(ii).  If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.  18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.